# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal Case No. 21-cr-698 (FYP)** |
| **MARCOS GLEFFE,** | |
| *Defendant.* | |

## ORDER

This matter comes before the Court upon counsel for Defendant's [22] Motion for Authorization to Submit Interim Vouchers.  Pursuant to the Chief Judge's Standing Order 20-12, *In Re:* Interim Vouchers for Payments Under the Criminal Justice Act in Exigent Circumstances Created by the COVID-19 Pandemic, the Court finds that Mr. Jenkins is eligible to submit an initial voucher for services rendered in this case.  Accordingly, it is hereby

**ORDERED** that counsel for Defendant's Motion is granted; and it is further

**ORDERED** that counsel for Defendant is permitted to submit interim vouchers in accordance with Standing Order 20-12.

**SO ORDERED.**

_____
FLORENCE Y. PAN
United States District Judge

Date:   May 24, 2022