# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. GLEFFE, Marcos                                    Docket No.: 1:21CR00698-001

---

The Court may enter a minute order for any of the following options:

THE COURT ORDERS:

1. ☑ Concurs with the recommendation of the Probation Office to *"modify the special conditions of probation as noted above."* as follows:

    **Mental Health Treatment - You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.**

2. ☐ No action

3. ☐ Issuance of a warrant and enter into NCIC and schedule a hearing upon execution

4. ☐ Issuance of a summons and schedule a hearing

5. ☐ Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐ Other _____

_____
~~Florence Y. Pan~~
United States Circuit Judge

_____
April 13, 2023
Date